12/05/2005 16:09 FAX  601 354 3623     WATKINS & EAGER PLLC                    ☒002/002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILMA JEAN SMITH                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO.: 4:02CV407WS

COSCO, INC. and DOREL JUVENILE GROUP, INC.                           DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS matter is before the Court on the motion *ore tenus* of the parties for dismissal of this civil action with prejudice. The Court, being advised that this civil action has been compromised and settled, finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED that this civil action be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs.

ORDERED AND ADJUDGED this the 13th day of January, 2006.

_____
DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
P. Shawn Harris, *Attorney for Plaintiff*

_____
Jennifer A. Rogers, *Attorney for Defendants,
Cosco, Inc. and Dorel Juvenile Group, Inc.*